## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### (DAVENPORT DIVISION)

| | |
|---|---|
| **SANDY THOMPSON AND JOHNNY ASHBURN, Individually and as Next Friend of C.T., T.A., and M.A., minor children,** | Civil No. _____ |
| **Plaintiffs,** | |
| vs. | *COMPLAINT AND JURY DEMAND* |
| **TONI GARLAND AND COUNTRY FINANCIAL INSURANCE** | |
| **Defendants.** | |

COME NOW, the Plaintiffs and for their complaint state as follows:

### DIVISION I—PARTIES AND JURISDICTION

1. Plaintiffs Sandy Thompson, Johnny Ashburn and their minor children are residents and citizens of the State of Iowa.

2. Defendant Toni Garland is a resident and citizen of the State of Illinois

3. Defendant Country Financial Insurance is an Illinois corporation with its principal place of business in the State of Illinois and is therefore a citizen of the State of Illinois.

4. This cause of this action arose in Clinton County, Iowa.

5. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

## **DIVISION II—NEGLIGENCE**

6. On or about July 8, 2018 at the intersection of South 3rd Street and 2nd Avenue South in Clinton, Clinton County, Iowa, a vehicle owned and operated by Defendant Toni Garland failed to stop at a stop sign causing a collision between Defendant's vehicle and Plaintiffs' vehicle.

7. Defendant Garland was negligent in one or more of the following particulars:

    a. In failing to yield prior to striking the Plaintiffs' vehicle;

    b. In failing to obey a stop sign;

    c. In failing to keep a proper lookout;

    d. In failing to stop in a safe and reasonable manner;

    e. In failing to maintain control of said vehicle;

    f. In failing to operate said vehicle at a reasonably prudent speed and manner; and

    g. In failing to act as a reasonable motorist under the circumstances then and there existing.

8. Defendant Garland's negligence was a cause of the collision and the resulting damage and injury incurred and suffered by Plaintiffs.

9. Plaintiffs have incurred damages in the following particulars:

    a. Past, present, and future hospital, medical and drug expenses;

    b. Past, present, and future pain and suffering;

    c. Past, present, and future impairment, loss of use, and enjoyment of life;

    d. Past, present, and future mental anguish;

    e. Past, present, and future loss of wages; and

    f. Loss of consortium for parent and child.

WHEREFORE, Plaintiffs pray for judgment against Defendant Garland for actual and compensatory damages in a fair and reasonable amount, for interest at the statutory rate, and for the costs of this action.

### DIVISION III-(Underinsurance Claim)

10. That paragraphs 1-9 of Division I are hereby incorporated by reference as if set forth fully herein.

11. At all times material hereto Defendant, Country Financial Insurance, hereinafter "Country", was a foreign insurance company licensed and empowered to underwrite automobile liability insurance in the State of Iowa.

12. At all times material hereto Plaintiffs were covered under a liability policy issued by Defendant Country. The insurance policy number was P005527706.

13. At all times material hereto Plaintiffs were named insureds on said policy.

14. Plaintiffs' coverage included that for underinsured motorist protection pursuant to Iowa Code, § 516A.1.

15. Plaintiffs' damages from the July 8, 2018 incident exceed the coverage of Defendant Toni Garland's insurance policy.

16. In that Plaintiffs' damages exceed the coverage afforded in Defendant Toni Garland's policy, they makes a claim upon Defendant Country for the benefits provided pursuant to the underinsured motorist protection provision of their original insurance policy.

**WHEREFORE**, Plaintiffs pray for judgment against Defendant Country Financial Insurance for all amounts provided by Iowa Law.

## JURY DEMAND

Plaintiff additionally demands jury trial of all the issues in this case.

SLATER AND NORRIS, P.L.C.

*/s/ Michael T. Norris*

Michael T. Norris, AT0005909
Thomas P. Slater, AT0007248
5070 Grand Ridge Drive
West Des Moines, Iowa 50265
Telephone:   (515) 221-0918
Facsimile:   (515) 226-1270
E-Mail: mnorris@snglaw.com
E-mail: tpslater@snglaw.com
ATTORNEYS FOR PLAINTIFFS